= Mayo 1 - 2015 =

Re: STATE OF Texas v. Carlos Aguilar
Cause Number 1326283D/02-14-00119-CR

El motivo de esta carta, solo es para pedir informacion y preguntarles: ¿Que puedo hacer?, ¿Quien me puede ayudar? ¿A quien devo dirigirme?: Pues solo quiero que me quiten lo agravado o que reduscan mi condena, "no se que hacer"

Por favor ayudenme y en pocas palabras y si se puede en "español", pues no se ablar, leer, ni escrivir en ingles.

Dios les bendiga y tenga misericordia de nosotros. - ¡AMEN!

Nota. (Tal ves sea mejor quedarme aqui, pues alla afuera en Mexico, no tengo nada.)

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 06 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

MAY 08 2015

Abel Acosta, Clerk

= Muchas gracias =

Carlos Aguilar
1919303- A7 53 -
JOHN MIDDLETON UNIT
13055 F.M. 3522
ABILENE, TX 79601



ABILENE TX 796

04 MAY 2015 PM 1 T

Mr. Abel Acosta, Clerk

Texas Court of Criminal Appeals.

P.O. box 12308. Austin TX 78711

78711:32308